```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )         4:05 CR 3078
                                )
       v.                       )
                                )
                                )
EARL M. JOSEPH,                 )      MEMORANDUM AND ORDER
                                )
                 Defendant.     )
```

The court has been informed that it is impossible today for the defendant to cash the check he has received from the Clerk of the Lancaster County District Court for posting his bond in this court.

IT THEREFORE HEREBY IS ORDERED: Condition c of the previous order amending the defendant's conditions of release is deleted. Defendant may be released on this date and is given until 5:00 o'clock p.m. August 17, 2005 to post the $4,500.00 with this court.

DATED August 16, 2005

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge