```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3078 |
| v. | ) | |
| | ) | |
| EARL M. JOSEPH and | ) | |
| MILTON JOSEPH III, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Trial of this matter as to <u>both</u> defendants is set for October 24, 2005 at 9:00 a.m.

DATED this 23rd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge