IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3078 |
| | ) | |
| v. | ) | |
| | ) | |
| EARL M. JOSEPH, MILTON JOSEPH III, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The defendant Earl M. Joseph filed a motion to suppress and waiver of speedy trial on October 14, 2005. Filings 23 and 25. The government does not oppose the untimely filing of this motion.

IT THEREFORE HEREBY IS ORDERED:

1. An evidentiary hearing on defendant's motion to suppress, filing 23, will be held before the undersigned on November 2, 2005 at 2:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska.

2. Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

3. As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

DATED this 17th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge