```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
       Plaintiff,              )          4:05CR3078
                               )
       v.                      )
                               )
EARL M. JOSEPH,                )
MILTON JOSEPH III,             )    REPORT, RECOMMENDATION
                               )            AND
                               )           ORDER
       Defendants.             )
```

At the conclusion of the hearing this date on the defendant Earl Joseph's motion to suppress evidence, I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied. In accordance with that announcement,

 IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that the motion to suppress, filing 23, be denied in all respects.

 FURTHER, IT HEREBY IS ORDERED,

 1. The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

 2. Counsel are given ten days from the date the transcript is available to counsel for reading in the clerk's office in which to file objections to this recommendation. The parties are notified that failure to object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

 3. Trial of this matter **as to both defendants** is set to commence at 9:00 a.m., January 3, 2006, before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

 Dated November 2, 2005.

                                   BY THE COURT

                                   s/ *David L. Piester*
                                   United States Magistrate Judge