IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3078-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| EARL M. JOSEPH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion for bond refund (filing 86) is granted.

(2) The Clerk of Court shall refund and return the $4,500 cash bond deposit to Defendant Earl M. Joseph.

July 6, 2006.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

1